BEFORE THE THIRD DIVISION, DECEMBER 16, 1954

No. 58602.—Schroeder Bros., Inc. v. United States, protests 231218–K, 231219–K, and 229440–K (New York).

Opinion by EKWALL, J.    An examination of the official records failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protests were overruled.

No. 58603.—Bridgetts & Co., Inc. v. United States, protest 231150–K (New York).

Opinion by JOHNSON, J.    In accordance with stipulation of counsel that the merchandise consists of cheese suitable for grating similar to that the subject of Fontana Hollywood Corp. v. United States (30 Cust. Ct. 98, C. D. 1503), the merchandise was held dutiable as follows: (1) The items entered, or withdrawn from warehouse, for consumption prior to May 30, 1950, at 5 cents per pound, but not less than 25 percent ad valorem, under paragraph 710, as modified by the trade agreement with Argentina (T. D. 50504); and (2) the items entered, or withdrawn from warehouse, for consumption on or after May 30, 1950, at 3½ cents per pound, but not less than 17½ percent ad valorem, under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

No. 58604.—Geo. F. Bassett & Co., Inc., et al. v. United States, protests 145442–K, etc. (New York).

Opinion by JOHNSON, J.    In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp. v. United States (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

No. 58605.—Berg, Hedstrom & Co., Inc. v. United States, protest 227560–K (New York).

Opinion by JOHNSON, J.    An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

No. 58606.—Berg, Hedstrom & Co., Inc. v. United States, protest 227771–K (New York).

Opinion by JOHNSON, J.    An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.